# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LESLIE NELSON PARKER

VERSUS

BRITTANI LEEANN FINCH

NO. 2019 CW 1076

**SEPTEMBER 10, 2019**

---

In Re: Paula Antonia Gordon, applying for rehearing, Family Court in and for the Parish of East Baton Rouge, No. 206930.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_
DEPUTY CLERK OF COURT
FOR THE COURT